IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES CHRISTOPHER McMILLAN,

    Plaintiff,

v.

    CIVIL ACTION NO.: CV611-133

HOLLI DEAL BRAGG; LYNN
ANDERSON; BILL BLACK;
and VON WEAVER,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Bragg, Anderson, and Black are **DISMISSED** for failure to state a claim upon which relief may be granted.

**SO ORDERED**, this 3 day of April, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)